1042

THE STATE OF WASHINGTON, *Respondent*, v. FELIZ RICARDO MEJIA III, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00547-1, Richard D. Hicks, J., entered September 15, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J.; Quinn-Brintnall, J., concurring in the result only.

THE STATE OF WASHINGTON, *Respondent*, v. DORINDA J. NEIGHBOUR, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00277-3, F. Mark McCauley, J., entered November 17, 2009. *Remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

ALEXANDER MACKENZIE, LLC, ET AL., *Appellants*, v. THE TOWN OF STEILACOOM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-07282-1, Stephanie A. Arend, J., entered December 17, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

THE STATE OF WASHINGTON, *Appellant*, v. DUSTIN ALLEN SIMPSON, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00551-1, Richard L. Brosey, J., entered February 4, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.